

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-14-00488-CV

COMMERCE AND INDUSTRY INSURANCE COMPANY, STARNET INSURANCE COMPANY, CATLIN INSURANCE COMPANY, INC., ALLIANZ GLOBAL CORPORATE & SPECIALTY S.E., UNITED STATES AIRCRAFT INSURANCE GROUP, AND QBE AVIATION SYNDICATE 5555 AT LLOYD'S, Appellants

V.

AMERICAN JET INTERNATIONAL CORPORATION D/B/A MILLION AIR CHARTER, REW INVESTMENTS, INC., HOUSTON AVIATION PARTNERS, LLC, WOOLSEY AVIATION, INC., MILLION AIR LACKLAND, LLC, GO FAYETTEVILLE, LLC, RENO AVIATION PARTNERS, LLC, GULFPORT AVIATION PARTNERS, LLC, TALLAHASSEE AVIATION PARTNERS, LLC, MILLION AIR INTERLINK, INC., ROGER WOOLSEY, AND CARL MOODY, Appellees

and

AMERICAN JET INTERNATIONAL CORPORATION D/B/A MILLION AIR CHARTER, REW INVESTMENTS, INC., HOUSTON AVIATION PARTNERS, LLC, WOOLSEY AVIATION, INC., MILLION AIR LACKLAND, LLC, GO FAYETTEVILLE, LLC, RENO AVIATION PARTNERS, LLC, GULFPORT AVIATION PARTNERS, LLC, TALLAHASSEE AVIATION PARTNERS, LLC, MILLION AIR INTERLINK, INC., AND ROGER WOOLSEY, Appellants

V.

COMMERCE AND INDUSTRY INSURANCE COMPANY, STARNET INSURANCE COMPANY, CATLIN INSURANCE COMPANY, INC.,

ALLIANZ GLOBAL CORPORATE & SPECIALTY S.E., UNITED STATES AIRCRAFT INSURANCE GROUP, AND QBE AVIATION SYNDICATE 5555 AT LLOYD'S, Appellees

and

AMERICAN JET INTERNATIONAL CORPORATION D/B/A MILLION AIR CHARTER, REW INVESTMENTS, INC., HOUSTON AVIATION PARTNERS, LLC, WOOLSEY AVIATION, INC., MILLION AIR LACKLAND, LLC, GO FAYETTEVILLE, LLC, RENO AVIATION PARTNERS, LLC, GULFPORT AVIATION PARTNERS, LLC, TALLAHASSEE AVIATION PARTNERS, LLC, MILLION AIR INTERLINK, INC., AND ROGER WOOLSEY, Appellants

V.

TORUS NATIONAL INSURANCE COMPANY AND WAUSAU BUSINESS INSURANCE COMPANY, Appellees

and

CARL MOODY, Appellant

V.

TORUS NATIONAL INSURANCE COMPANY, Appellee

Appeal from the 80th District Court of Harris County. (Tr. Ct. No. 2013-41195).

**TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 12th day of May 2015, the cause upon appeal to revise or to reverse your order was determined. This Court made its order in these words:

> After due consideration, the Court **grants** appellees American Jet International Corporation d/b/a Million Air Charter, REW Investments, Inc., Houston Aviation Partners, LLC, Woolsey Aviation, Inc., Million Air Lackland, LLC, Go Fayetteville, LLC, Reno Aviation Partners, LLC, Gulfport Aviation Partners, LLC, Tallahassee Aviation Partners, LLC, Million Air Interlink, Inc., and Roger Woolsey's motion to dismiss for lack of subject matter jurisdiction. Accordingly, the Court **dismisses** the petition for permission interlocutory appeal of

appellants Commerce and Industry Insurance Company, Starnet Insurance Company, Catlin Insurance Company, Inc., Allianz Global Corporate & Specialty S.E., United States Aircraft Insurance Group, and QBE Aviation Syndicate 5555 at Lloyds's. The Court further **dismisses** American Jet International Corporation d/b/a Million Air Charter, REW Investments, Inc., Houston Aviation Partners, LLC, Woolsey Aviation, Inc., Million Air Lackland, LLC, Go Fayetteville, LLC, Reno Aviation Partners, LLC, Gulfport Aviation Partners, LLC, Tallahassee Aviation Partners, LLC, Million Air Interlink, Inc., and Roger Woolsey's cross-petition for permissive interlocutory appeal and petition for permissive interlocutory appeal, and Carl Moody's petition for permissive interlocutory appeal.

The Court **orders** that costs be taxed against the party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 12, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Keyes and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT